Denise Bourgeois Haley
Attorney at Law:   143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Richard Perez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RICHARD PEREZ, | )  Case No.: CV 09-6335 PJW |
| Plaintiff, | )  ~~/PROPOSED/~~ ORDER OF |
| vs. | )  DISMISSAL |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  <u>March 30, 2010</u>

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-

1    DATE: March 25, 2010              Respectfully submitted,

2                                      LAW OFFICES OF LAWRENCE D. ROHLFING
                                             /s/ Denise Bourgeois Haley
3                                 BY:_____
                                      Denise Bourgeois Haley
4                                     Attorney for plaintiff Richard Perez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26